**Alan O'DONNELL, Plaintiff–Appellant,**

v.

**Colin POWELL, General, Secretary of State, U.S. State Department, et al., Defendant–Appellee.**

No. 02–1834.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 26, 2002.

Decided Sept. 4, 2002.

Alan O'Donnell, Appellant Pro Se.

Before WILKINS, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Alan O'Donnell appeals the district court's order dismissing his action against the Secretary of State. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *O'Donnell v. Powell*, No. CA–02–143–1–T (W.D.N.C. filed July 2, 2002 & entered July 8, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*